Nov. Term,
1856.

BAILY
v.
SNYDER.

*Per Curiam.*—The judgment is affirmed with 5 per cent. damages and costs.

*A. L. Robinson,* for the appellant.

---

. BAILY and Another *v.* SNYDER.

Cause submitted in this Court *May* 26, 1855, and no brief yet furnished by the appellants.  The error, if any, is waived.

APPEAL from the *Blackford* Circuit Court.

Wednesday,
November 26,

*Per Curiam.*—This cause has been submitted since *May* 26, 1855, and no brief furnished by the appellants. The error, if any, is waived (1).

The judgment is affirmed with 7 per cent. damages and costs.

*J. S. Buckles,* for the appellant.
*W. March,* for the appellee.

(1) The counsel for the appellee in this case enforced the application of the rule that points not insisted on in the appellant's brief will be deemed to be waived; and cited *Reno* v. *The State,* 6 Ind. R. 308; *Pate* v. *Hull, id.* 285; and *Burton* v. *Braden,* 4 Ind. R. 539.